UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONTINEZ SMITH,

    Defendant.

Case No. 19-cv-20802
and 21-cr-20013
Hon. Matthew F. Leitman

_____/

## ORDER DENYING MOTIONS FOR BOND

Defendant Montinez Smith is awaiting sentencing in two cases now pending before the Court: Case No. 19-20802 and Case No. 21-20013. He has filed motions for release on bond in both cases. The motion for bond in Case No, 19-20802 is docket number 44. The motion for bond in Case No. 21-20013 is docket number 29. The Court held a hearing on both motions on February 2, 2021. For the reasons stated on the record during the hearing, the motions for bond are DENIED.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
